UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS EWING PALEVEDA,

Plaintiff,

v.

ALAMEDA COUNTY, et al.,

Defendants.

Case No. 24-cv-08716-RMI

**ORDER**

Plaintiff was provided an extension to June 20, 2025, to file a second amended complaint (dkt. 37). Since then, Plaintiff has not filed a second amended complaint or otherwise communicated with the Court. Accordingly, Plaintiff is **ORDERED** to file a second amended complaint within **fourteen days** of service of this Order; otherwise, many of the claims and Defendants will be dismissed.

**IT IS SO ORDERED.**

Dated: July 8, 2025

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California